ACCEPTED
1945086
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/26/2015 4:47:40 PM
CHRISTOPHER PRINI
CLERK

## IN THE COURT OF APPEALS FOR THE FIRST
## COURT OF APPEALS DISTRICT
### Trial Cause No. 1945086

FILED IN
1st COURT OF APPEALS
HOUSTON, TX
March 26, 2015
CHRISTOPHER A. PRINE,
CLERK

**VICTOR CUA**
Appellant

**V.**

On Appeal From the
12th County Criminal Court at Law
of Harris County, Trial Cause
No. 1945086

**THE STATE OF TEXAS**
Appellee

### APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Appellant, by and through his attorney Mark Kratovil and pursuant to Tex. R. App. P. Rule 42.2 voluntarily and knowingly requests the Court dismiss his appeal in this cause. Appellant would show unto the Court the following:

I.

The appellate court has not rendered a decision in this appeal. As of the date of this filing, the First Court of Appeals has not assigned an appellate cause number to this case.

II.

This case was assigned to the First Court of Appeals on March 18, 2015. Appellate counsel was appointed to represent the Appellant on that same day. The notice of appeal update from the Harris County District Clerk confirming assignment to the First Court of Appeals is attached to this motion.

III.

Appellant does not wish to continue to prosecute the appeal and requests the appellate court to dismiss this appeal. Trial counsel for the Appellant filed a Notice of Appeal in the trial court as a matter of routine practice. However, the Appellant did not wish to appeal his conviction. After consulting with the Appellant, appellate counsel has advised the Appellant of the risks and consequences of voluntarily dismissing his appeal. The Appellant reaffirmed to appellate counsel that he does not have a desire to pursue an appeal of his conviction. Attached to this motion is a form signed and dated by Appellant reflecting his decision to voluntarily dismiss this appeal. Appellant is currently held in custody in the Harris County Jail at 701 N. San Jacinto, Houston, TX 77002.

WHEREFORE, PREMISES CONSIDERED, the Appellant respectfully requests that this Honorable court grant his motion to dismiss this appeal.

Respectfully submitted,

**Alexander Bunin**
Public Defender

/s Mark Kratovil
**Mark Kratovil**
Assistant Public Defender
State Bar No. 24076098
Harris County Texas
1201 Franklin St., 13th Floor
Houston, Texas 77002
mark.kratovil@pdo.hctx.net
(713) 274-6728 (Phone)
(713) 437-4339 (Fax)

## CERTIFICATE OF SERVICE

I certify that on March 26, 2015, a copy of the foregoing instrument has been served upon the Harris County District Attorney's Office appellate section by electronic service through Texas eFile.

/s Mark Kratovil
**MARK KRATOVIL**

My name is Victor Cua, SPN 02072262. I am the appellant in trial cause number 1945086. I have consulted with my attorney regarding this appeal and have decided that I:

_____ WOULD like to proceed with the appeal;

Or

\_\_X\_\_ WOULD NOT like to proceed with my appeal. I wish for my appeal to be dismissed.

I, Victor Cua, am the appellant in this case and am presently incarcerated in the Harris County Jail, 701 N. San Jacinto, Houston, Texas 77002, declare under penalty of perjury that this is my statement.

Signed on __3/19/15__

_____

**Victor Cua**



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

March 18, 2015

MARK C KRATOVIL
ATTORNEY OF RECORD
1201 FRANKLIN 13TH FL
HOUSTON, TX 77002

Defendant's Name:  VICTOR CUA

Cause No:  1945086

Court:  COUNTY CRIMINAL COURT AT LAW #12

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  3-9-15
**Sentence Imposed Date:**  3-9-15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  MARK C KRATOVIL

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      LAURA BUCHANAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.